THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Lindsay B. Melotek,**         **Plaintiff,** <br><br> **vs.** <br><br> **Zionist Organization of America, David Kadosh, individually, and Sharona Whisler, individually.** <br><br>         **Defendants.** | **1:16-CV-11623** <br><br> Judge Amy St. Eve <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

The parties, having resolved all matters in issue, hereby jointly stipulate that this matter shall be and is hereby dismissed, with prejudice, each party to bear its own costs.

For Plaintiff:

*/s/ Lisa M. Stauff*

Lisa M. Stauff
Law Offices of Lisa M. Stauff
53 W. Jackson Blvd., Suite 624
Chicago, Illinois 60604
(312) 212-1036

For Defendants:

*/s/ Richard T. Greenberg*

Richard T. Greenberg
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
(312) 750-5777

CERTIFICATE OF SERVICE

I, Lisa M. Stauff, an attorney, hereby certify that on April 23, 2018, the attached document was served to all parties of record through the court's CM/ECF system.

*/s/Lisa M. Stauff*

Lisa M. Stauff
Law Offices of Lisa M. Stauff
53 W. Jackson Blvd., Suite 624
Chicago, Illinois 60604
(312) 212-1036